The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRYSTAL DUDLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSDEV NORTH AMERICA, INC. and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:24-cv-00810-KKE<br><br>**Stipulated Motion for Order to Extend Deadline to Respond to Complaint**<br><br>**NOTE ON MOTION CALENDAR:**<br>**June 13, 2024** |

STIPULATION

Plaintiff Crystal Dudley, through her counsel Jamie K. Serb and Zachary M. Crosner of Crosner Legal, P.C., and Defendant Transdev North America, Inc., through its counsel Brian K. Keeley of Schlemlein Fick & Franklin PLLC, submit this stipulated motion for an extension of the time for Defendant Transdev North America, Inc. to answer or respond to the complaint filed in this matter until Friday, June 28, 2024. This additional time is needed to allow Defendant to prepare its answer or response due to the nature of the claims asserted and the amount of time Defendant's counsel has been involved in the case. The parties do not anticipate that this brief extension will affect any current deadlines in this matter.

//

//

//

**Stipulated Motion for Extension to Respond to Complaint and Order**
No. 2:24-cv-00810-KKE

Page 1

SCHLEMLEIN FICK & FRANKLIN, PLLC
66 S. Hanford Street, Suite 300
Seattle, WA 98134
Phone: (206) 448-8100 Fax: (206) 448-8514

1    DATED this 13th day of June, 2024.

2                                          SCHLEMLEIN FICK & FRANKLIN PLLC

3

4                                           /s/Brian K. Keeley
                                           Brian K. Keeley, WSBA No. 32121
                                           66 South Hanford Street, Suite 300
5                                          Seattle, Washington 98134
                                           Phone: (206) 448-8100
6                                          Fax: (206) 448-8514
                                           Email: bkk@soslaw.com
7                                          Attorneys for Defendant

8
                                           CROSNER LEGAL, P.C.
9

10                                          /s/Jamie K. Serb
                                           Jamie K. Serb, WSBA No. 62065
11                                         Zachary M. Crosner, WSBA No. 61644
                                           92 Lenora Street, #179
12                                         Seattle, WA  98121
                                           Phone: (866) 276-7637
13                                         Fax: (310) 510-6429
                                           Email: jamie@crosnerlegal.com
14                                         Email: zach@crosnerlegal.com
                                           Attorneys for Plaintiff
15

16
                                           ORDER
17
     It is so ordered.
18
     DATED this 17th day of June, 2024.
19

20

21

22                                         Kymberly K. Evanson
                                           United States District Judge
23

**Stipulated Motion for Extension to Respond to Complaint and Order**  
No. 2:24-cv-00810-KKE

Page 2

SCHLEMLEIN FICK & FRANKLIN, PLLC  
66 S. Hanford Street, Suite 300  
Seattle, WA 98134  
Phone: (206) 448-8100 Fax: (206) 448-8514

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jamie K. Serb
Zachary M. Crosner
CROSNER LEGAL, P.C.
92 Lenora Street, #179
Seattle, WA 98121
Telephone: (866) 276-7637
Facsimile: (310) 510-6429
jamie@crosnerlegal.com
zach@crosnerlegal.com

Dated this 13th day of June, 2024.

        */s/ Brian K. Keeley*
Brian K. Keeley, WSBA 32121
SCHLEMLEIN FICK & FRANKLIN PLLC
66 South Hanford Street, Suite 300
Seattle, Washington 98134
Phone: (206) 448-8100
Fax: (206) 448-8514
Email: bkk@soslaw.com

**Stipulated Motion for Extension to Respond to Complaint and Order**
No. 2:24-cv-00810-KKE

Page 3

SCHLEMLEIN FICK & FRANKLIN, PLLC
66 S. Hanford Street, Suite 300
Seattle, WA 98134
Phone: (206) 448-8100 Fax: (206) 448-8514