UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRYSTAL DUDLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSDEV NORTH AMERICA, INC. and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00810-KKE<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND EARLY CASE DEADLINES** |

Defendant Transdev North American, Inc. has filed its Unopposed Motion to Extend Early Case Deadlines to request a two (2) week extension of the parties' deadlines to exchange initial disclosures and file their Joint Status Report and Discovery Plan.

IT IS HEREBY ORDERED that the parties' early case deadlines to exchange initial disclosures and file their Joint Status Report and Discovery Plan are reset as follows:

| Event | Original Deadline | Extended Deadline |
|---|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(l) | 7/16/2024 | 7/30/2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 7/23/2024 | 8/6/2024 |

DATED: July 17, 2024

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND EARLY CASE DEADLINES**
No. 2:24-cv-00810-KKE

HUSCH BLACKWELL LLP
8001 Forsyth Boulevard, Suite 1500
St. Louis, Missouri 63105
Phone: (314) 480-1926 Fax: (314) 480-1505

Presented By:

HUSCH BLACKWELL LLP

By: */s/ Andrew J. Weissler*
 Andrew J. Weissler, Admitted Pro Hac Vice
 Owen Davis, Admitted Pro Hac Vice
 8001 Forsyth Boulevard, Suite 1500
 St. Louis, Missouri 63105
 Phone: (314) 480-1926
 Fax: (314) 480-1505
 Email: AJ.Weissler@huschblackwell.com
 Email: Owen.Davis@huschblackwell.com

SCHLEMLEIN FICK & FRANKLIN PLLC

By: */s/ Benjamin Lance*
 Brian K. Keeley, WSBA No. 52657
 66 South Hanford Street, Suite 300
 Seattle, Washington 98134
 Phone: (206) 448-8100
 Fax: (206) 448-8514
 Email: bwl@soslaw.com

*Attorneys for Defendant Transdev North America, Inc.*

[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND EARLY CASE DEADLINES
No. 2:24-cv-00810-KKE

Page 2

HUSCH BLACKWELL LLP
8001 Forsyth Boulevard, Suite 1500
St. Louis, Missouri 63105
Phone: (314) 480-1926 Fax: (314) 480-1505