UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRYSTAL DUDLEY,<br><br>                    Plaintiff,<br>        v.<br><br>TRANSDEV NORTH AMERICA INC et al.,<br><br>                    Defendants. | CASE NO. C24-00810-KKE<br><br>ORDER SETTING CASE SCHEDULE |

Pursuant to the Joint Status Report (JSR), submitted on August 6, 2024, the Court enters the following case schedule:

| | |
|---|---|
| **Joinder of Additional Parties**<br>*28 Days from JSR* | September 3, 2024 |
| **Class Certification Discovery Completed** | December 15, 2024 |
| **Motion for Class Certification** | Noted for Hearing on March 14, 2025<br>Plaintiff's Motion Due January 17, 2025<br>Transdev's Response Due February 14, 2025<br>Plaintiff's Reply Due February 28, 2025 |

No later than twenty-one (21) days after the Court rules on the motion for class certification, the Parties are ORDERED to confer and jointly propose a schedule to govern

//

//

ORDER SETTING CASE SCHEDULE - 1

the remainder of the case through and including merits discovery, expert disclosures, dispositive motions, and trial.  The Court's preferred trial scheduling template is available in Judge Evanson's Chambers Procedures for Civil Cases on the Court's website.

Dated this 6th day of August, 2024.

Kymberly K. Evanson
United States District Judge

ORDER SETTING CASE SCHEDULE - 2