The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRYSTAL DUDLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANSDEV NORTH AMERICA, INC. and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:24-cv-00810-KKE<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY CASE DEADLINES AND DISCOVERY** |

THIS CAUSE came before the Court on the parties' Stipulated Motion to Stay Case Deadlines and Discovery (the "Motion").

The Court having reviewed the Motion, and being otherwise fully advised in the premises, approves the Stipulated Motion to Stay Case Deadlines and Discovery.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulated Motion to Stay Case Deadlines and Discovery, is hereby GRANTED.

**Order Granting Stipulated Motion to Stay Case Deadlines and Discovery**
No. 2:24-cv-00810-KKE

Page 1

**CROSNER LEGAL, P.C.**
92 Lenora Street, #179
Seattle, WA 98121
Tel. (866) 276-7637
Fac. (310) 510-6429

1  DATED this 14th day of November, 2024.

*[signature: Kymberly K. Evanson]*

The Honorable Kymberly K. Evanson

**Order Granting Stipulated Motion to Stay Case Deadlines and Discovery**
No. 2:24-cv-00810-KKE

Page 2

**CROSNER LEGAL, P.C.**
92 Lenora Street, #179
Seattle, WA 98121
Tel. (866) 276-7637
Fac. (310) 510-6429